**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                          No. 4:12-cr-00274 KGB

ANTONIO ADAMS                                                                                DEFENDANT

**AMENDMENT TO JUDGMENT AND COMMITMENT ORDER**

The Judgment and Commitment Order entered in this matter on April 2, 2013 (Dkt. No. 18) is hereby amended to reflect the following conditions of supervised release:

1. The defendant shall participate, under the guidance and supervision of the probation officers, in a substance abuse treatment program which may include testing, outpatient counseling, and residential treatment. The defendant shall abstain from the use of alcohol throughout the course of treatment.

This amendment is consistent with the oral sentence imposed by the Court on defendant Antonio Adams at the sentencing hearing in this matter.

All other conditions set forth in the original Judgment and Commitment Order (Dkt. No. 18) remain in full force and effect.

It is so ordered this 22nd day of December, 2014.

_____
Kristine G. Baker
United States District Judge